AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| HSUANYEH LAW GROUP PC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-CV-11193 |
| EL R. RUECKHEIM, YA-CHIAO CHANG,  VIVEK V | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, HSUANYEH LAW GROUP PC                                                                               .

Date:     12/26/2023

/s/Lance Liu
*Attorney's signature*

Lance Liu, Esq. & Bar No. 3002946
*Printed name and bar number*
15 Minuteman Circle
Southbury, CT 06488
(203)706-9536

*Address*

Lanceliu2000@gmail.com
*E-mail address*

*Telephone number*

*FAX number*