IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HSUANYEH LAW GROUP, PC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) |
| WINSTON & STRAWN LLP, | ) Jury Trial Demanded |
| MICHAEL R. RUECKHEIM, | ) |
| YA-CHIAO CHANG, | ) |
| VIVEK V. KRISHNAN, and | ) |
| EVAN D. LEWIS, | ) |
| | ) |
| Defendants. | ) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, the undersigned counsel for Plaintiff, HSUANYEH LAW GROUP, PC, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: December 26, 2023

*/s/ Lance Liu*
Lance Liu, Esq.
NY Bar No. 3002946
15 Minuteman Circle
Southbury, CT 06488
Lanceliu2000@Gmail.com
(203)706-9536

**ATTORNEY FOR PLAINTIFF
HSUANYEH LAW GROUP, PC**