## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HSUANYEH LAW GROUP, PC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-CV-11193-DLC |
| WINSTON & STRAWN LLP, | ) Jury Trial Demanded |
| MICHAEL R. RUECKHEIM, | ) |
| YA-CHIAO CHANG, | ) |
| VIVEK V. KRISHNAN, and | ) |
| EVAN D. LEWIS, | ) |
| Defendants. | ) |

## PROOF OF SERVICE

On January 20, 2024, I served a copy of the Court's Notice of Pretrial Conference (ECF No. 20) and the Court's Individual Practices via electronic mails (see Exhibit A) to the following attorneys for all defendants:

Sean R. Anderson, Esq. (sranderson@winston.com)

Brant Weidner, Esq. (BWeiddner@winston.com)

Respectfully submitted,

Dated: January 22, 2024

*/s/ Lance Liu*
Lance Liu, Esq.
NY Bar No. 3002946
15 Minuteman Circle
Southbury, CT 06488
Lanceliu2000@Gmail.com
(203)706-9536

1