```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
HSUANYEH LAW GROUP, PC,              :      23cv11193(DLC)
                                     :
                         Plaintiff,  :          ORDER
              -v-                    :
                                     :
WINSTON & STRAWN LLP, et al.,        :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

Having received defendants' February 14, 2024 request, it is hereby

ORDERED that the defendants shall answer or otherwise respond to the complaint by March 27, 2024. There shall be no further extension.

IT IS FURTHER ORDERED that the March 6, 2024 conference is adjourned to March 29, 2024 at 3:00 p.m. in Courtroom 18B, 500 Pearl St.

Dated:     New York, New York
           February 15, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge