```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HSUANYEH LAW GROUP, PC,                  :     23cv11193(DLC)
                                         :
                          Plaintiff,     :        ORDER
              -v-                        :
                                         :
WINSTON & STRAWN LLP, et al.,            :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on March 29, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by May 10, 2024.

2. The parties are instructed to contact the chambers of Magistrate Judge Netburn prior to April 3 in order to schedule settlement discussions under her supervision to occur in April 2024.

3. All fact discovery must be completed by August 30, 2024.

4. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by September 20, 2024. Identification of rebuttal experts and disclosure of their expert testimony must occur by October 11, 2024.

5. All discovery must be completed by November 1, 2024.

6. The following motion will be served by the dates indicated below.

    Any motion for summary judgment:

    -   Motion served by November 22, 2024

      -      Opposition served by December 13, 2024
      -      Reply served by January 10, 2025

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, the Joint Pretrial Order must be filed by November 22, 2024.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated:    New York, New York
            March 29, 2024

                                                DENISE COTE
                                  United States District Judge